IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUFUS L. LEE,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2541

Opinion filed July 8, 2016.

An appeal from an order of the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Rufus L. Lee, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. Fla. R. App. P. 9.420(a)(2); see Rivera v. Dep't of Health, 177

So. 3d 1 (Fla. 1st DCA 2015).

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.